## SUBURBAN TELEPHONE CO. *v.* MOUNTAIN STATES TELEPHONE & TELEGRAPH CO. ET AL.

No. 800.   Decided March 30, 1964.

*J. Kenneth Baird* and *Robert A. Sprecher* for appellant.

*J. H. Shepherd* for Mountain States Telephone & Telegraph Co., and *Julian S. Ertz* for Tadlock et al., appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE BLACK took no part in the consideration or decision of this case.

## CARTER *v.* FLORIDA.

No. 817.   Decided March 30, 1964.

*Hal S. Ives* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.